***Dubose-Robinson, PC***
935 Broad Street
PO Drawer 39
Camden, SC 29021

Ph:803-432-1992     Fax:803-432-0784

R. Michael Souther, P.C.  March 30, 2016
PO Box 978
Brunswick , GA
31521

File #:  15.124
**Attention:** Mike Souther  Inv #:  5965

RE:  ATCF REO Holdings, LLC vs. Dale Brown, Lucinda Brown, et al.
Civil Action No. 2015-CP-07-00683 - Beaufort County
Bankruptcy/Quiet Title/Funds from Tax Sale
JKDIII assisting Mike Souther, Esq.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-03-15 | Tax sale/bankruptcy case/conf. with KD | 0.60 | 111.00 | JD |
|  | TC with Plaintiff's attorney re: quiet title | 0.30 | 55.50 | JD |
| Aug-04-15 | Communications with trustee | 0.50 | 92.50 | JD |
| Aug-05-15 | Communications with trustee | 0.20 | 37.00 | JD |
| Aug-07-15 | Conf. with KD; email Plaintiff's attorney | 0.30 | 55.50 | JD |
|  | Drafting | 0.20 | 37.00 | JD |
| Aug-09-15 | Motion | 1.30 | 240.50 | JD |
|  | Draft Answer; research | 1.80 | 333.00 | JD |
| Aug-10-15 | Motion to Intervene/Answer/Consent Order | 0.50 | 92.50 | JD |
|  | TC with Steve Lenker for Wilmington Trust | 0.30 | 55.50 | JD |
| Aug-11-15 | Consent Order Allowing Michael Souther to Intervene | 0.90 | 166.50 | JD |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Aug-12-15 | Bankruptcy case | 0.40 | 90.00 | KD |
| | TC with Plaintiff's attorney re: stay issues | 0.30 | 55.50 | JD |
| | Conf. with KD re: stay/questions for Trustee | 0.30 | 55.50 | JD |
| Aug-13-15 | TC County Attorney (LM) | 0.20 | 37.00 | JD |
| | TC with County Attorney | 0.40 | 74.00 | JD |
| Aug-14-15 | TC with M. Souther re: logistics; TCs with Parker barnes (x2) | 0.90 | 166.50 | JD |
| Aug-16-15 | Edits to Answer for Third Party Complaint | 0.70 | 129.50 | JD |
| | Edits to Motion to Intervene | 0.40 | 74.00 | JD |
| Aug-17-15 | Summons and Complaint/conf. with SK | 0.30 | 55.50 | JD |
| | Email from Plainitff's attorney; review 362 body; forward 362 body to Trustee | 0.40 | 74.00 | JD |
| | Prepare documents for filing | 0.20 | 37.00 | JD |
| | Discuss with JD; draft Summons and motion; review pleadings | 1.20 | 90.00 | SK |
| Aug-18-15 | Draft/review Motion to Intervene | 0.60 | 111.00 | JD |
| | Revisions to pleadings | 0.70 | 52.50 | SK |
| Aug-19-15 | Review/edit Motion; email motion to M. Souther | 0.40 | 74.00 | JD |
| | Review pleadings; memo to JD, prepare service list (numerous defendants); prepare service documents; service of pleadings; conf. with JD | 1.50 | 112.50 | SK |
| Aug-20-15 | Edits to Consent Order and letter to debtors and attorneys in state court action | 0.60 | 111.00 | JD |
| | Rcv Order Appointing as Counsel | 0.10 | 18.50 | JD |
| | Revisions to pleadings; service of documents; draft letter | 1.00 | 75.00 | SK |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Aug-21-15 | Prepare file status log | 0.20 | 15.00 | SK |
| Aug-25-15 | TC with Steve Lenker (Wilmington) standing/case reopened | 0.30 | 55.50 | JD |
| Aug-26-15 | TC with Parker Barnes re: case | 0.30 | 55.50 | JD |
|  | TC with M. Souther and Steve Lenker (Lenker says sale has a notice issue) | 0.70 | 129.50 | JD |
| Aug-27-15 | Rcv/review clocked pleadings | 0.10 | 18.50 | JD |
|  | Voice messages from/to attorneys | 0.20 | 37.00 | JD |
|  | TC with Steve Lenker and Parker Barnes | 0.70 | 129.50 | JD |
|  | Update Trustee re: case status | 0.10 | 18.50 | JD |
|  | Stay motion in state court; emails from other attorneys | 0.20 | 37.00 | JD |
| Aug-28-15 | Review order and email parties | 0.30 | 55.50 | JD |
| Sep-03-15 | Discuss case status with Trustee | 0.10 | 18.50 | JD |
|  | Motion; Answers and Third Party Complaint | 0.60 | 111.00 | JD |
| Sep-04-15 | Email S. Lenker | 0.10 | 18.50 | JD |
| Sep-08-15 | 12-51-40 review/pull cases | 0.50 | 92.50 | JD |
|  | Review emails and print for file | 0.10 | 7.50 | SK |
| Sep-10-15 | TC with Parker Barnes | 0.20 | 37.00 | JD |
|  | Email to/from trustee; email to state court attorneys | 0.30 | 55.50 | JD |
| Sep-11-15 | File and serve affidavit | 0.20 | 37.00 | JD |
| Sep-17-15 | Discuss file with JD | 0.10 | 7.50 | SK |
| Sep-22-15 | Voice mail from Parker Barnes; email M. Souther re: 362 Order | 0.20 | 37.00 | JD |

|            | Email Parker Barnes                                              | 0.10 | 18.50 | JD |
| ---------- | ---------------------------------------------------------------- | ---- | ----- | -- |
| Sep-23-15  | Emails re: stay issues with state court attorneys and Trustee    | 0.50 | 92.50 | JD |
|            | Review emails and file                                           | 0.20 | 15.00 | SK |
| Sep-24-15  | Email from Trustee and emails to/from Parker Barnes              | 0.30 | 55.50 | JD |
| Sep-25-15  | Email and voice mail with Parker Barnes                          | 0.30 | 55.50 | JD |
|            | Stay matters                                                     | 0.40 | 74.00 | JD |
|            | TC re: relief from stay motion in GA                             | 0.40 | 74.00 | JD |
|            | TC with P. Barnes; letter to Chief Administrative Judge          | 0.50 | 92.50 | JD |
|            | Discuss case status with JD                                      | 0.30 | 22.50 | SK |
| Sep-28-15  | Draft/revise letter to Judge Goodstein; discuss file with JD     | 0.50 | 37.50 | SK |
| Sep-29-15  | TC Lenker and Barnes                                             | 0.20 | 37.00 | JD |
|            | Letter to court re: pending motions                              | 0.30 | 55.50 | JD |
|            | Revise letter to Judge Goodstein; discuss file with JD; service of letter; copies | 0.60 | 45.00 | SK |
| Sep-30-15  | Continuance of motion hearings/emails                            | 0.20 | 37.00 | JD |
| Oct-09-15  | Communicate with court re: continued hearings                    | 0.30 | 55.50 | JD |
| Oct-29-15  | Email with attorneys re: 362 work out                            | 0.20 | 37.00 | JD |
| Nov-03-15  | Review Notice of ADR from court; tickle calendar; memo to JD     | 0.20 | 15.00 | SK |
| Nov-04-15  | Emails among attorneys re: order modifying the stay              | 0.20 | 37.00 | JD |
| Nov-05-15  | TC M. Souther re: ADR                                            | 0.10 | 18.50 | JD |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
|  | Emails attorneys re: mediation | 0.20 | 37.00 | JD |
|  | TC Parker Barnes re: mediation | 0.20 | 37.00 | JD |
|  | Memo to Trustee | 0.20 | 37.00 | JD |
|  | Review emails/print for file | 0.30 | 22.50 | SK |
| Nov-06-15 | Several telephone calls to Trustee and Plaintiff's attorney in state court action re: mediation scheduling; email with parties re: mediation scheduling | 0.50 | 92.50 | JD |
|  | Rcv/review sua sponte Order of Reference | 0.20 | 37.00 | JD |
|  | Review/print all emails | 0.20 | 15.00 | SK |
| Nov-09-15 | Email to Trustee M. Souther re: mediation | 0.20 | 37.00 | JD |
| Nov-10-15 | Conf. with JMR re: Notice | 0.20 | 37.00 | JD |
| Nov-18-15 | TC with Lenker re: hyptothetical settlement parameters | 0.20 | 37.00 | JD |
| Nov-20-15 | Review cross claim and counter claim. PC to Parker Barnes. Review Reply of Bidder | 0.80 | 148.00 | JD |
| Nov-30-15 | Notes/research on Notice to Owner vergiage | 0.50 | 92.50 | JD |
| Dec-02-15 | Review file and PC to Beaufort County attorney. LM | 0.20 | 37.00 | JD |
| Dec-16-15 | Contact Beaufort County Attorney via telephone and email | 0.30 | 55.50 | JD |
| Dec-17-15 | TC Beaufort County Attorney Mary Lohr | 0.40 | 74.00 | JD |
|  | TC with Trustee M. Souther | 0.20 | 37.00 | JD |
|  | Obtain and print entire county tax file | 0.20 | 37.00 | JD |
| Dec-21-15 | Review bankruptcy documents; memo | 0.30 | 22.50 | SK |
| Jan-04-16 | Motion scheduling/TC with Steve Lenker | 0.50 | 92.50 | JD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-05-16 | Rcv Barnes email re: mediation | 0.10 | 18.50 | JD |
| Jan-08-16 | Draft/revise Consent Order Allowing R. Michael Souther to Intervene in the Case; reviewed correspondence from counsel for Defendant Willmington Trust | 0.60 | 111.00 | JD |
| Jan-09-16 | Edits to consent order of intervention and email to parties attorneys re consent order | 0.70 | 129.50 | JD |
| | Apply suggested edits and resend order | 0.20 | 37.00 | JD |
| | TC with Parker Barnes | 0.20 | 37.00 | JD |
| Jan-11-16 | Review consent order edits; email bankruptcy attorney | 0.40 | 74.00 | JD |
| | Prepare letter to Brown; review file and emails; prepare two FEDEX packages; email to attorney Williams (GA bankruptcy attorney); discuss file status with JD | 1.00 | 75.00 | SK |
| Jan-12-16 | Review file; track FEDEX package | 0.20 | 15.00 | SK |
| Jan-14-16 | Status of consent order to intervene | 0.30 | 55.50 | JD |
| | TC to County attorney re: Consent Order | 0.20 | 37.00 | JD |
| | Email confirming signature authority consent to amend | 0.10 | 18.50 | JD |
| | Discuss with JD; review status of FEDEX package; review file | 0.50 | 37.50 | SK |
| Jan-15-16 | Consent order permission form Lohr/ execute/ scan to SK/ update on FED Execution Searches wrong delivery of Brown documents | 0.30 | 55.50 | JD |
| | Review file for mediation. Bullet notes. Pull case law in matters | 1.40 | 259.00 | JD |
| | TC with M. Souther confirming mediation/assessment of case | 0.20 | 37.00 | JD |
| Jan-17-16 | Notes for mediation | 0.70 | 129.50 | JD |
| Jan-18-16 | Discuss file status with TM; review online | 0.70 | 52.50 | SK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | FEDEX tracking information; TC with FEDEX; revise letter to court; email to Court | | | |
| Jan-19-16 | TC with M. Souther/preparation for mediation | 2.20 | 407.00 | JD |
| | Email from attorney for treasurer | 0.10 | 18.50 | JD |
| | Email Lenker & Barnes | 0.10 | 18.50 | JD |
| | Conf. with M. Souther/JMR re: impasse point at mediation | 1.10 | 203.50 | JD |
| | Review emails/print for file; discuss with JD; TC with FEDEX | 0.50 | 37.50 | SK |
| Jan-20-16 | Attend mediation in Beaufort, SC | 12.40 | 2,294.00 | JD |
| Jan-21-16 | Research | 0.30 | 55.50 | JD |
| | Discuss proposal with KD and JMR | 0.60 | 111.00 | JD |
| | TC M. Souther | 0.10 | 18.50 | JD |
| Jan-22-16 | Communnicate with S. Lenker | 0.10 | 18.50 | JD |
| Jan-25-16 | TC with Steve Lenker | 0.20 | 37.00 | JD |
| Jan-26-16 | Review file and fedex package, phone conference with JD, draft letter to court, discussion with KG regarding fedex package | 0.60 | 45.00 | SK |
| Jan-27-16 | TC M. Souther; TC Lohr (LM) | 0.30 | 55.50 | JD |
| Jan-28-16 | TC with Lenker; TC with Trustee | 0.50 | 92.50 | JD |
| Jan-29-16 | TCs with Lenker | 0.10 | 18.50 | JD |
| | TC Lenker and TC to Trustee confirming settlement terms | 0.20 | 37.00 | JD |
| | Review file status; revise letter; email to JD | 0.30 | 22.50 | SK |
| Feb-01-16 | Review/respond to emails from JD; tickle calendar; copies | 0.20 | 15.00 | SK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-02-16 | Dictate Consent Order | 0.30 | 55.50 | JD |
| Feb-03-16 | Email from Lohr; TC with Parker Barnes; TC with Lenker | 0.50 | 92.50 | JD |
| | Review file; memo to file | 0.20 | 15.00 | SK |
| Feb-04-16 | Rcv Settlement Agreement | 0.30 | 55.50 | JD |
| Feb-05-16 | Review and approve edits to Settlement Order; email other attorneys | 0.30 | 55.50 | JD |
| Feb-09-16 | Communications with other counsel re: settlement terms | 0.20 | 37.00 | JD |
| | Consent Order to Settle | 0.20 | 15.00 | SD |
| | Review and print emails for file | 0.20 | 15.00 | SK |
| Feb-12-16 | Agreement edits approved | 0.20 | 37.00 | JD |
| Feb-18-16 | Letter to court re: Consent Order | 0.30 | 55.50 | JD |
| | Draft correspondence to Stephen Lenker, Jr. forwarding Settlement Agreement; make copies | 0.40 | 30.00 | SC |
| Feb-19-16 | Question re: interest earned on overage amount | 0.20 | 37.00 | JD |
| Feb-22-16 | Logisitics of Order with opposing counsel and Trustee | 0.20 | 37.00 | JD |
| Feb-24-16 | TC Parker Barnes | 0.20 | 37.00 | JD |
| Mar-02-16 | Edits to Order/forward to other attorneys for approval | 0.20 | 37.00 | JD |
| | Edit Order/forward to other attorneys for approval | 0.20 | 37.00 | JD |
| | Review emails/print for file; organize and review file; email to JD | 0.30 | 22.50 | SK |
| Mar-03-16 | Review/execute final order version | 0.20 | 37.00 | JD |
| Mar-14-16 | Review/print emails for file | 0.10 | 7.50 | SK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-22-16 | Email M. Souther; email Beaufort County | 0.20 | 37.00 | JD |
| Mar-30-16 | Rcv/review correspondence and clocked Final Order from attorney P. Barnes; forward to M. Souther | 0.50 | 92.50 | JD |
| | Totals | 67.70 | $11,132.50 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Aug-17-15 | Beaufort County Clerk of Court, filing/Motion to Intervene, DR CK. NO. 20862 | 25.00 |
| Aug-19-15 | copies 117 | 5.85 |
| | postage | 14.30 |
| Sep-29-15 | copies 70 | 3.50 |
| | postage | 6.35 |
| Feb-01-16 | copies 4 | 0.20 |
| Feb-05-16 | Griffith, Sharp & Liipert, LLC, mediation, DR CK. NO. 21601 | 974.11 |
| Mar-02-16 | copies 20 | 1.00 |
| | Totals | $1,030.31 |

**Total Fee & Disbursements**                                      $12,162.81

**Balance Now Due**                                                $12,162.81

TAX ID Number     56-2220888

JKD III

R. Michael Souther, Esquire

Chapter 7 Trustee for the Bankruptcy Estate of Dale F. Brown and Lucinda P. Brown
Chapter 7 Case No. 14-20588-JSD

ATCF REO Holdings, LLC vs. Dale F. Brown, Lucinda P. Brown, et al.
Civil Action No. 2015-CP-07-00683 - Beaufort County
(with regard to turnover of funds realized from the tax sale of property known as 68 Governors Road, Hilton Head, South Carolina formerly owned by Dale F. Brown and Lucinda P. Brown of Beaufort County, South Carolina)

File No. 15.124

### Hourly Rates

| Personnel: | Hourly Rate: |
|---|---|
| J. Kennedy DuBose, Jr., Attorney | $225.00 |
| John K. DuBose, III, Attorney | $185.00 |
| Paralegals | $ 75.00 |