

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| **DALE F. AND LUCINDA BROWN,** | § | Case No. 14-20588- JSD |
| | § | (Chapter 7) |
| **Debtors** | § | JUDGE John S. Dalis |

*NUNC PRO TUNC* APPLICATION TO EMPLOY
Jay Blocksom of Blocksom & Blocksom LLC
AS ASSET RECOVERY SPECIALIST PURSUANT TO 11 U.S.C. § 327(a)

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

To the Honorable John S. Dalis,
United States Bankruptcy Judge:

Jay Blocksom, (the "Movant") files this *Nunc Pro Tunc* Application to Employ himself on behalf of Blocksom & Blocksom LLC (the "Firm") as asset recovery specialist pursuant to 11 U.S.C. § 327(a) from the date of July 22, 2015 until the date Trustee recovered unclaimed money for the estate.

**Nunc Pro Tunc Application to Employ**

1. Movant requests this Honorable Court to order Trustee to employ the Firm retroactively based on a contingency fee agreement of 25% agreed to by Trustee of any gross amount amount

1

recovered amount for the estate derived from information provided by its asset recovery service to the estate.

The Court has discretion to issue an order approving the employment of an attorney *nunc pro tunc* under its general equity powers. *In re Triangle Chemicals, Inc.*, 697 F.2d 1280, 1288-89 (5th Cir. 1983). Bankruptcy Local Rule 2014-1(b) sets forth the requirements for a *nunc pro tunc* application re the employment of professionals. The Court exercised its discretion in a case based similarly on the merits of this matter. (*In re Moore vs. Jankowski, Chapter 7 Trustee, etal, case number: 85-40555, November 2, 1990*)

2. This Motion is seeking nunc pro tunc approval of the employment in that:

(A) Movant performed professional service as an asset recovery specialist for the estate after contacting Trustee's office on July 22, 2015 via telephone. During that telephone call Movant negotiated on behalf of the firm a contingency fee for 25% of any gross amount recovered by Trustee for the estate as a direct result of information Movant might provide concerning unclaimed money due to the estate. During that same telephone conversation Trustee agreed to the proposed contingency agreement through his representative – Sharon Minnick.

(B) Since that agreement, however, Trustee has expressed his unwillingness to Movant, and others (a local attorney as well as U.S. Assistant Trustee Matthew Mills) that he would support filing an application to employ Movant for 10% but not 25%. Trustee conveyed in a telephone call to Movant on April 7, 2016 that the reason for wanting to pay him less is because Trustee recovered less than expected. Instead of being able to claim the more than $342k Trustee stated that he only recovered nearly $66k after a brokered settlement between all parties disputing entitlement to the tax sale

2

        funds held by Beaufort County, SC' treasurer office after the sale of delinquent taxes on a property owned by the joint debtors.

       (C) Movant is aware that Trustee is in receipt of sufficient unencumbered funds obtained as the result of a settlement with the contesting parties and the Beaufort County, SC treasurer's office which would allow his request for compensation.

3. The Firm maintains its office at 2927 Panhandle Circle, Augusta, GA 30906. The Firm's main telephone number is (770) 651-7973. The Firm's fax number is (762) 585-6998.

4. The Movant and the Firm have extensive experience in matters relating to asset recovery of which unclaimed funds is their primary focus. Movant and the Firm have provided the estate with work that was performed properly, efficiently and to a high standard of quality.

5. Jay Blocksom, president of the Firm will be designated as attorney-in-charge and will be responsible for the representation of the Movant by the Firm as set forth in this Application.

6. Blocksom & Blocksom LLC is a registered asset recovery business in the State of Georgia. Movant has significant experience in handling asset recovery matters of this type. The Movant has seven years of prior experience and specialization in asset recovery specialist. Movant believes that he and the Firm are well qualified to represent the estate.

7. The fruit of the Firm's investigation and yielded documentation to Trustee constitute a rendered professional service which benefited the estate.

## Statement Regarding Connections to the Case

Except as set forth above and in the attached affidavit, the Firm has no other connection with the Debtor, its creditors, any other parties in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee and are "disinterested persons" within the definition of Section 101(14) of the Bankruptcy Code on the matters for which it is to be engaged as special counsel. *See Attached Affidavit.*

Accordingly, Movant requests that the Court approve the retention of the Firm as asset recovery specialist as a professional under 11 U.S.C. § 327(a) *nunc pro tunc* as set forth above and for such other relief as is just.

Dated: 4-29-16

Respectfully submitted,

By: /s/ Jay Blocksom
Jay Blocksom, Asset Recovery Specialist
Blocksom & Blocksom LLC
2927 Panhandle Circle
Augusta, GA 30906
(770) 651-7973
(762) 585-6998 (facsimile)
Movant

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| In the Matter of<br>DALE F. AND LUCINDA BROWN<br><br>Joint Debtors<br><br>_____<br><br>JAY BLOCKSOM,<br><br>ASSET RECOVERY SPECIALIST<br><br>AKA/BLOCKSOM & BLOCKSOM LLC<br><br>Movant | ) Case No.: 14-20588-JSD<br>)<br>)<br>) **AFFIDAVIT OF JAY BLOCKSOM IN**<br>) **SUPPORT OF NUNC PRO TUNC**<br>) **APPLICATION TO EMPLOY ASSET**<br>) **RECOVERY SPECIALIST**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I Jay Blocksom, hereby declare and represents as follows.

1. I am a duly Certified Asset Recovery Specialist and the President of Blocksom & Blocksom, LLC, located in Augusta, GA. *See Resume - Exhibit B.*

2. I have examined the debtors' mailing matrix provided on the Court's official web site at www.Pacer.gov, and based on that review, I am a disinterested person within the meaning of 11 U.S.C. §101(14).

3. I do not have any connection with the debtors, creditors, or any other parties of interest in this case, their respective attorneys, accountants, the United States Trustee, nor any person employed in the Office of the United States Trustee. There are no connections between myself and R. Michael Souther.

4. I am unrelated to the Bankruptcy Judge approving this appointment.

5. I have not served as an examiner in this case.

6. I:

1

a. am not a creditor, an equity security holder, or an insider;

b. am not and was not an investment banker for any outstanding security of the debtors:

c. have not been, within three (3) years before the date of filing of the petition, an investment banker for a security of the debtors, or an attorney for such an investment banker in connection with the offer, sale of issuance of a security of the debtors;

d. am not and was not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the debtors or of an investment banker specified in subparagraph (a) or (b) of this paragraph; and

e. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the debtors or an investment banker specified in subparagraph (a) or (b) of this paragraph, or for any other reason.

7. I have not been retained to assist any entity or person other than Trustee on matters relating to or in connection with this Chapter 7 case.

8. If the proposed retroactive retention of Asset Recovery Specialist is approved by this Court, I will not accept any engagement or perform any services for any entity related to this Chapter 7 case other than Trustee.

9. No agreement exists between me, any other person (other than agents nor principals of Asset Recovery Specialist) for the sharing of compensation to be received by Asset Recovery Specialist in connection with the services rendered in this case.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

State of Georgia

County of Richmond

This **AFFIDAVIT OF JAY BLOCKSOM IN SUPPORT OF NUNC PRO TUNC APPLICATION TO EMPLOY ASSET RECOVERY SPECIALIST**

Signed and affirmed before me on 4/29/16 by Jay Blocksom
Jay Blocksom - Affiant

_____
Notary Officer Signature

Center Manager/Notary
Title of office

My commission expires: 10-1-19

3

IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Georgia (Brunswick)
Re: Bankruptcy Petition #: 14-20588-JSD

In re Chapter 7

DALE F. AND LUCINDA BROWN
Debtors (Jointly Administered)

## CERTIFICATE OF SERVICE

I, Jay Blocksom, hereby certify that I am an asset recovery specialist and president of Blocksom & Blocksom LLC, which has provided professional service to the Trustee and the aforementioned estate, and on the 28th of April 2016, I caused copies of:

(1) Proposed Order Supporting the Pleading
(2) Nunc Pro Tunc Application to Employ
(3) Application for Compensation
(4) Order on the Application For Compensation and;
(5) Notarized Affidavit of affirming Disinterested Party
(6) Certificate of Service

in this matter to be served upon the Cored Service List contained below via certified U.S. Mail.

**Joint Debtors**
Dale F. and Lucinda Brown
144 Harrison Pointe
St. Simons, GA 31522

**U.S. Trustee**
Office of the U.S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

**Trustee**
R. Michael Souther, Trustee
P.O. Box 978
Brunswick, GA 31521

**Attorney at Law**
Amanda Fordham Williams
5 St. Andrews Court
Brunswick, GA 31520

Date: 4-29-16

By: Jay Blocksom
Asset Recovery Specialist
2927 Panhandle Circle
Augusta, GA 30906