# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| In the matter of: ) | CASE NO: 14-20588 |
| DALE F. AND LUCINDA BROWN ) | CHAPTER 7 |
| ) | |
| ) | |
| Jay Blocksom ) | |
| Movant ) | PROPOSED ORDER SUPPORTING |
| ) | THE PLEADING AND MOTION THAT |
| v. ) | SUMMARY JUDGMENT BE GRANTED |
| ) | WITHOUT A HEARING |
| R.Michael Souther ) | |
| Trustee ) | |

The motion of plaintiff, Jay Blocksom for summary judgment without hearing came before me on _____, 2016.

After full consideration of the evidence submitted by the parties, it appears, and the court finds, that there is no need for a hearing of on any issue of material fact and that Movant is entitled to summary judgment as a matter of law for the reasons stated below:

The facts as set forth by Movant are virtually undisputed and no reasonable objections having been presented by any parties of interest, no issue exists for the Court to set a hearing on the matter.

The Court therefore approves the nunc pro tunc application of employment and the application for compensation of Plaintiff without a hearing.

For the same reason the Court orders that the Trustee pay Movant the sum of $16,493.53 for service Movant rendered to the estate as per his Application For Compensation.

**IT IS ORDERED THAT** the Motion for summary judgment is granted in favor of Movant.

Dated:_____

_____
HONORABLE JOHN S. DALIS
JUDGE, U.S. BANKRUPTCY COURT