FILED

2016 APR 29 PM 3:21

U.S. BANKRUPTCY COURT
AUGUSTA, GA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

In the matter of:
BROWN, DALE F and
BROWN, LUCINDA,
      Debtor(s),

CHAPTER 7
CASE NO. 14-20588-JSD

## APPLICATION FOR COMPENSATION OF ASSET RECOVERY SPECIALIST' FEE

**COMES NOW Jay Blocksom ("Movant"),** Asset Recovery Specialist in the above-captioned bankruptcy case, and files this Motion For the Trustee to Pay Asset Recovery Specialist' Fee in support thereof, shows the Court the following:

1. On or about 06/30/14, the Debtor in the above-entitled matter filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. R. Michael Souther is the duly appointed and acting Trustee.

2. Prior to the filing of the Chapter 7 case, the Debtors owned certain real property known as 68 Governors Road, Hilton Head Island, Beaufort County, SC 29928 (the "Property").

3. The Property was sold at a tax sale on or about October 7, 2013, for the sum of $355,000.00 to MTAG, as Custodian for ATCFII South Carolina, LLC ("ATCF"). By tax deed dated December 9, 2014, the Treasurer of Beaufort County conveyed title to ACTF, and later ATCF quit-claimed the Property to ATCF REO Holdings, LLC.

4. After applying the sums due for past due taxes, the Treasurer of Beaufort County, South Carolina, held excess funds in the approximate sum of $340,000.00.

5. A Quiet Title action was filed in the Court of Common Pleas in Beaufort, SC, seeking to clear the title to the Property and to determine the rights and interests of parties to the aforesaid excess funds. That action is styled <u>ATCF REO Holdings LLC v. Dale F. Brown, et al.</u>, in the Court of Common Pleas, Beaufort County, South Carolina, Case No. 2015-CP-0700683.

1

6. After the bankruptcy estate was allowed to intervene in the pending litigation, and after much legal posturing and a full day of mediation, the subject litigation was settled. A Motion to Approve Compromise and Settlement was filed on February 10, 2016 [Docket #85], and an Order was entered approving the settlement on March 11, 2016 [Docket #91].

7. The contractual arrangement between the Trustee and the Movant (subject to Bankruptcy Court approval) provided for compensation of services rendered by Movant for 25% of whatever was recovered by Trustee. According to the settlement agreement, the Trustee is in receipt of $65,974.71.

8. This Motion seeks for the Court to order the Trustee to pay the Movant' asset recovery specialist' fee of $16,493.53, which is 25% of the gross amount recovered by the Trustee based on the settlement.

The Court is requested to cause the Clerk to issue a notice advising interested parties and specifying a deadline for the filing of objections, and further requiring that any objections be filed with the Court in writing before a date certain, with a copy to be served upon your Movant, Jay Blocksom, 2927 Panhandle Circle, Augusta, GA 30906. The Court is further requested to advise creditors and parties in interest of this notice of a hearing to be scheduled for the purpose of considering any such objections.

**WHEREFORE**, your Movant respectfully requests that a hearing be held on this Motion to pay asset recovery specialist his fee as soon as is practical with notice to all interested parties and, thereafter that this motion is granted.

Dated this April 29, 2016

*Jay Blocksom*
Jay Blocksom
Asset Recovery Specialist

PREPARED BY:
JAY BLOCKSOM
2927 PANHANDLE CIRCLE
AUGUSTA, GA 30906

2

IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Georgia (Brunswick)
Re: Bankruptcy Petition #: 14-20588-JSD

In re Chapter 7

DALE F. AND LUCINDA BROWN
Debtors (Jointly Administered)

## CERTIFICATE OF SERVICE

I, Jay Blocksom, hereby certify that I am an asset recovery specialist and president of Blocksom & Blocksom LLC, which has provided professional service to the Trustee and the aforementioned estate, and on the 28th of April 2016, I caused copies of:

(1) Proposed Order Supporting the Pleading
(2) Nunc Pro Tunc Application to Employ
(3) Application for Compensation
(4) Order on the Application For Compensation and;
(5) Notarized Affidavit of affirming Disinterested Party
(6) Certificate of Service

in this matter to be served upon the Cored Service List contained below via certified U.S. Mail.

**Joint Debtors**
Dale F. and Lucinda Brown
144 Harrison Pointe
St. Simons, GA 31522

**U.S. Trustee**
Office of the U.S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

**Trustee**
R. Michael Souther, Trustee
P.O. Box 978
Brunswick, GA 31521

**Attorney at Law**
Amanda Fordham Williams
5 St. Andrews Court
Brunswick, GA 31520

Date: 4-29-16

By: *Jay Blocksom*
Jay Blocksom
Asset Recovery Specialist
2927 Panhandle Circle
Augusta, GA 30906