# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | |
| BROWN, DALE F and | ) | CHAPTER 7 |
| BROWN, LUCINDA, | ) | CASE NO. 14-20588-JSD |
|     Joint Debtor(s), | ) | |

## ORDER ON ASSET RECOVERY SPECIALIST'S MOTION
## TO PAY ASSET RECOVERY FEES

An APPLICATION FOR COMPENSATION OF ASSET RECOVERY SPECIALIST' FEE having been filed by Jay Blocksom, asset recovery specialist of Blocksom & Blocksom LLC, in connection with recovering unclaimed money belonging to the estate, and it appearing to the Court that no party in interest in this case has objected to the motion, and that the granting of the same is in the best interest of the bankruptcy estate,

***IT IS HEREBY ORDERED*** as follows:

The Asset Recovery specialist' application to give authority to the Trustee to pay asset recovery specialist' fees in the total sum of **$16,493.53** (sixteen thousand, four hundred ninety three dollars and fifty three cents) to Jay Blocksom as outlined in the asset recovery specialist's application for compensation, is hereby approved.

Dated this_____day of _____, 2016.

_____
HONORABLE JOHN S. DALIS
JUDGE, U.S. BANKRUPTCY COURT

PREPARED BY:
Jay Blocksom
2927 Panhandle Circle
Augusta, GA 30906